IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE LEAH HIRD-MARINER,<br><br>      Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>      Defendant. | Civil Action<br>No. 16-6329 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Michele Leah Hird-Mariner seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application without prejudice, and the matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a complete IFP application.

    An appropriate order follows.

**October 28, 2016**              **s/ Jerome B. Simandle**
Date                                 JEROME B. SIMANDLE
                                                  Chief U.S. District Judge